# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

128313

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH ANISE FARHAT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128313
COA: 259544
Oakland CC: 03-190499-FC

      On order of the Court, the application for leave to appeal the February 10, 2005 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the defendant's application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

s1102

Clerk